| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 032 |

## Earnings Statement 

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Period Beginning: 01/30/2021
Period Ending: 02/12/2021
Pay Date: 02/12/2021

Taxable Marital Status:
  Federal: Married
Exemptions/Allowances:
  Federal: 0

JIMMY GOLDEN
7004 MELLWOOD RD
COLUMBUS GA 31904

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 72.00 | | |
| Advance 3 | | | 2,185.32 | 6,555.96 |
| Vacation | | 8.00 | | |
| SALES FT CM | | | | 557.44 |
| **Gross Pay** | | | **$2,185.32** | 7,113.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -125.80 | 440.28 |
| | Social Security Tax | -110.13 | 364.94 |
| | Medicare Tax | -25.76 | 85.35 |
| | GA State Income Tax | -77.78 | 263.47 |
| | **Other** | | |
| | Medical | -408.02* | 1,224.06 |
| | STOCK PUR 13N | -5.06 | 15.18 |
| | STOCK PUR 14N | -5.06 | 15.18 |
| | STOCK PUR 15N | -12.65 | 37.95 |
| | STOCK PUR 16N | -2.53 | 7.59 |
| | Vision | -4.43* | 13.29 |
| | 401K | -131.12* | 426.81 |
| | Exp Reim | | -1,520.00 |
| | **Adjustment** | | |
| | Exp Reim | +760.00 | |
| | **Net Pay** | **$2,036.98** | |
| | CHECKING 1 | -2,036.98 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,645.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.35 | 10.05 |
| 401Km | 65.56 | 213.40 |

**Important Notes**
COMPANY PH #: 984-222-2600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| FRI 02/12 | VACATION | | | | 8.00 |

---

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Advice number: 00000060286
Pay date: 02/12/2021

Deposited to the account of
JIMMY GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6626 | xxxx xxxx | $2,036.98 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|

**Earnings Statement** 

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Period Beginning: 02/13/2021
Period Ending: 02/26/2021
Pay Date: 02/26/2021

Taxable Marital Status:
  Federal: Married
Exemptions/Allowances:
  Federal: 0

JIMMY GOLDEN
7004 MELLWOOD RD
COLUMBUS GA 31904

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Advance 3 | | | 2,185.32 | 8,741.28 |
| SALES FT OP | | | -24.24 | -24.24 |
| SALES FT CM | | | | 557.44 |
| **Gross Pay** | | | **$2,161.08** | 9,274.48 |

Your federal taxable wages this period are $1,622.32

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -123.06 | 563.34 |
| | Social Security Tax | -108.62 | 473.56 |
| | Medicare Tax | -25.40 | 110.75 |
| | GA State Income Tax | -76.47 | 339.94 |
| | Other | | |
| | Medical | -408.02* | 1,632.08 |
| | STOCK PUR 13N | -5.06 | 20.24 |
| | STOCK PUR 14N | -5.06 | 20.24 |
| | STOCK PUR 15N | -12.65 | 50.60 |
| | STOCK PUR 16N | -2.53 | 10.12 |
| | Vision | -4.43* | 17.72 |
| | 401K | -129.66* | 556.47 |
| | Exp Reim | | -1,520.00 |
| **Net Pay** | | **$1,260.12** | |
| | CHECKING 1 | -1,260.12 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.35 | 13.40 |
| 401Km | 64.83 | 278.23 |

**Important Notes**
COMPANY PH #: 984-222-2600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

* Excluded from federal taxable wages

© 2000 ADP, LLC

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Advice number: 00000080305
Pay date: 02/26/2021

Deposited to the account of
JIMMY GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6626 | xxxx xxxx | $1,260.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 032 |

**Earnings Statement** 

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Period Beginning: 02/27/2021
Period Ending: 03/12/2021
Pay Date: 03/12/2021

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 0

JIMMY GOLDEN
7004 MELLWOOD RD
COLUMBUS GA 31904

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Advance 3 | | | 2,185.32 | 10,926.60 |
| SALES FT OP | | | -24.24 | 508.96 |
| **Gross Pay** | | | **$2,161.08** | 11,435.56 |

Your federal taxable wages this period are $1,622.32

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -123.06 | 686.40 |
| | Social Security Tax | -108.62 | 582.18 |
| | Medicare Tax | -25.41 | 136.16 |
| | GA State Income Tax | -76.47 | 416.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 3.35 | 16.75 |
| 401Km | 64.83 | 343.06 |

**Important Notes**
COMPANY PH #: 984-222-2600

BASIS OF PAY: SALARY

| Other | | |
|---|---|---|
| Medical | -408.02* | 2,040.10 |
| STOCK PUR 13N | -5.06 | 25.30 |
| STOCK PUR 14N | -5.06 | 25.30 |
| STOCK PUR 15N | -12.65 | 63.25 |
| STOCK PUR 16N | -2.53 | 12.65 |
| Vision | -4.43* | 22.15 |
| 401K | -129.66* | 686.13 |
| Exp Reim | | -1,520.00 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

| **Net Pay** | **$1,260.11** |
| CHECKING 1 | -1,260.11 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Advice number: 00000100299
Pay date: 03/12/2021

Deposited to the account of
JIMMY GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6626 | xxxx xxxx | $1,260.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| | | | 07714 | 032 |

## Earnings Statement 

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Period Beginning: 03/13/2021
Period Ending: 03/26/2021
Pay Date: 03/26/2021

Taxable Marital Status:
Federal: Married

Exemptions/Allowances:
Federal: 0

JIMMY GOLDEN
7004 MELLWOOD RD
COLUMBUS GA 31904

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.00 | | | |
| Advance 3 | | | 2,185.32 | 13,111.92 |
| Spiff Bonus | | | 6.00 | |
| SALES FT OP | | | -24.24 | 484.72 |
| Vacation | | 16.00 | | |
| **Gross Pay** | | | **$2,167.08** | 13,602.64 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,627.96

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -123.74 | 810.14 |
| | Social Security Tax | -109.00 | 691.18 |
| | Medicare Tax | -25.49 | 161.65 |
| | GA State Income Tax | -76.79 | 493.20 |
| | Other | | |
| | Medical | -408.02* | 2,448.12 |
| | STOCK PUR 13N | -5.06 | 30.36 |
| | STOCK PUR 14N | -5.06 | 30.36 |
| | STOCK PUR 15N | -12.65 | 75.90 |
| | STOCK PUR 16N | -2.53 | 15.18 |
| | Vision | -4.43* | 26.58 |
| | 401K | -130.02* | 816.15 |
| | Exp Reim | | -2,280.00 |
| **Adjustment** | | | |
| | Exp Reim | +760.00 | |
| **Net Pay** | | **$2,024.29** | |
| | CHECKING 1 | -2,024.29 | |
| **Net Check** | | **$0.00** | |

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 3.35 | 20.10 |
| 401Km | 65.01 | 408.07 |

**Important Notes**
COMPANY PH #: 984-222-2600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0

© 2000 ADP, LLC

---

NATIONAL COATINGS & SUPPLIES
4900 FALLS OF NEUSE ROAD
SUITE 150
RALEIGH, NC 27609

Advice number: 00000120289
Pay date: 03/26/2021

Deposited to the account of
JIMMY GOLDEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6626 | xxxx xxxx | $2,024.29 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**